# United States District Court

## Southern District of Georgia

Plant Riverside, LLC and Kessler Condo Declarant, LLC
_____
Plaintiff

Case No. _____4:21-cv-235_____

v.   Hunt Construction Group, Inc.
_____
Defendant

Appearing on behalf of
Hunt Construction Group, Inc.
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 8th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Peter J. Bedard

Business Address: Stein Ray LLP
Firm/Business Name

222 West Adams Street
Street Address

| Suite 1800 | Chicago | IL | 60606 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|

(312) 641-3700
Telephone Number (w/ area code)     Georgia Bar Number

Email Address: pbedard@steinraylaw.com