IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PLANT RIVERSIDE, LLC; and KESSLER CONDO DECLARANT, LLC, | |
| Plaintiffs, | CIVIL ACTION NO.: 4:21-cv-235 |
| v. | |
| HUNT CONSTRUCTION GROUP, INC., | |
| Defendant. | |

**O R D E R**

On September 21, 2022, counsel for Plaintiffs and counsel for Defendant jointly advised the Court that the parties have reached a settlement agreement in principle to resolve all claims, counterclaims, liens, issues and disputes in this case and that they intend to file a joint stipulation of dismissal once the settlement is finalized.  (Doc. 42.)  Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action.  See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within forty-five (45) days of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement.  In the alternative, the parties may simply file a joint stipulation of dismissal.  If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within forty-five (45)

days, the Court will *sua sponte* dismiss the case with prejudice.  <u>Kokkonen v. Guardian Life Ins. Co. of Am.</u>, 511 U.S. 375, 381–82 (1994).

**SO ORDERED** this 3rd day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA