IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PLANT RIVERSIDE, LLC; and KESSLER CONDO DECLARANT, LLC,

    Plaintiffs,

v.

HUNT CONSTRUCTION GROUP, INC.,

    Defendant.

CIVIL ACTION NO.: 4:21-cv-235

# **O R D E R**

On October 3, 2022, the Court administratively closed this action upon being advised by the parties that the case had settled and would soon be dismissed by joint stipulation. (Doc. 44.) Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiffs and by counsel for Defendant and filed with the Court on October 12, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiffs in the Complaint and all claims asserted by Defendant in the Counterclaim and Amended Counterclaim, with each party to bear its own attorneys' fees and costs. (Doc. 45.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 14th day of October, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA